G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
BARBARA DE LA CRUZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA DE LA CRUZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXETER FINANCE CORP.; and<br>DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No.:  **'14 CV 1476 JAH  KSC**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does Not Exceed $10,000** |

# COMPLAINT

# INTRODUCTION

1.    Plaintiff BARBARA DE LA CRUZ (hereinafter "Plaintiff") brings

this action to secure redress from unlawful credit and collection practices engaged

in by Defendant EXETER FINANCE CORP. (hereinafter "EXETER" or

"Defendant").  Plaintiff alleges violations of the Fair Debt Collection Practices

Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

**VENUE AND JURISDICTION**

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337 and 1367.

3.     Venue and personal jurisdiction in this District are proper because:

        a.   Defendant's collection communications were received by Plaintiff within this District;

        b.   Defendant does or transacts business within this District.

**PARTIES**

4.     Plaintiff BARBARA DE LA CRUZ is an adult individual who resides in San Diego, California and is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.     Defendant EXETER is a foreign corporation headquartered at 222 Las Colinas Boulevard, Suite 1800, Irving, Texas 75039.

6.     At all relevant times herein, Defendant EXETER is a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

**FACTS**

7.      Defendant is attempting to collect from Plaintiff an alleged debt incurred for personal, family or household purposes and not for business purposes.

8.      Within the last year, Defendant constantly and continuously called Plaintiff from telephone number 800-321-9637 at Plaintiff's cellular telephone, telephone number 619-548-3200, with the intent to annoy and harass her into paying an alleged debt.

9.      Upon information and belief, and without limitation, Defendant has called Plaintiff on Plaintiff's cellular telephone up to seven (7) times in a single day. For instance, and without limitation, Defendant called Plaintiff seven (7) times on Tuesday, October 29, 2013 at the following times: 10:30 a.m., 12:30 p.m., 1:17 p.m., 3:40 p.m., 4:13 p.m., 5:11 p.m., and 6:03 p.m., respectively.

10.     On Thursday, October 31, Defendant called Plaintiff at 8:21 a.m., 11:18 a.m., 4:33 p.m., and 5:34 p.m., respectively.

11.     The natural consequences of Defendant's actions were to produce an unpleasant and hostile situation between Defendant and Plaintiff and Defendant did cause those intended results.

12.     The natural consequences of Defendant's statements and actions were to cause Plaintiff mental distress and Defendant's conduct did cause such mental distress.

1

## COUNT I – FDCPA

2    13.    Plaintiff incorporates paragraphs 1 – 12.

3

4    14.    Defendant thereby violated the following provisions of the FDCPA:

5          i)      15 U.S.C. §1692d(5);

6          ii)     15 U.S.C. §1692d(6);

7

8          iii)    15 U.S.C. §1692e(10);

9          iv)     15 U.S.C. §1692e(11).

10

11   15.    Sections 1692d(5) and d(6) state in pertinent part that:

12   **A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**

13

14   **…**

15   **(5) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.**

16

17   **…**

18   **(6) Except as provided in section 1692b of this title, the placement of telephone calls without meaningful disclosure of the caller's identity.**

19

20   16.    Sections 1692e(10) and e(11) state in pertinent part that:

21   **A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**

22

23   **…**

24   **(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.**

25

26   **(11) The failure to disclose in initial communication with the consumer and, in addition, if the initial communication with the consumer is oral,**

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.**

## COUNT II – RFDCPA

17.     Plaintiff incorporates paragraphs 1 – 16.

18.     Defendant thereby violated the following provisions of the RFDCPA:

    i)      Cal. Civ. Code § 1788.11(d);

    ii)     Cal. Civ. Code § 1788.11(e);

    iii)    Cal. Civ. Code §1788.12(a);

    iv)    Cal. Civ. Code § 1788.17.

19.     Sections 1788.11 (d) and (e) state in pertinent part that:

**1788.11. No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:**
**…**
**(d)   Causing a telephone to ring repeatedly or continuously to annoy the person called; or**

**(e)   Communicating, by telephone or in person, with the debtor with such frequency as to be unreasonable and to constitute an harassment to the debtor under the circumstances.**

20.     Sections 1788.17 states in pertinent part as follows:

**1788.17.  Notwithstanding any other provision of this title, every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of Title 15 of the United States Code. However, subsection (11) of**

**Section 1692e and Section 1692g shall not apply to any person specified in paragraphs (A) and (B) of subsection (6) of Section 1692a of Title 15 of the United States Code or that person's principal. The references to federal codes in this section refer to those codes as they read January 1, 2001.**

WHEREFORE, the Court should enter judgment in favor of Plaintiff and against Defendant for:

(1) Statutory and actual damages;

(2) Attorney's fees, litigation expenses and costs of suit;

(3) Such other and further relief as the Court deems proper.

RESPECTFULLY SUBMITTED,

DATED: June 17, 2014            **PRICE LAW GROUP APC**

By:/s/ G. Thomas Martin, III
    G. Thomas Martin, III
    Attorney for Plaintiff

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BARBARA DE LA CRUZ,

**DEFENDANTS**
EXETER FINANCE CORP.; and DOES 1 to 10, inclusive,

**(b)** County of Residence of First Listed Plaintiff   San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRICE LAW GROUP, APC
15760 Ventura Boulevard, Suite 1100, Encino, CA 91436
Telephone: 818.907.2030

Attorneys *(If Known)*

**'14CV1476 JAH KSC**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

❏ 2   U.S. Government
Defendant

❏ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**          **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane                  ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product             Product Liability |  |  | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | Liability                  ❏ 367 Health Care/ |  |  | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel &            Pharmaceutical Slander                    Personal Injury |  | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers'           Product Liability | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans | Liability                  ❏ 368 Asbestos Personal ❏ 340 Marine                      Injury Product | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ❏ 345 Marine Product               Liability | | ❏ 840 Trademark | ☒ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | Liability                 **PERSONAL PROPERTY** ❏ 350 Motor Vehicle        ❏ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle          ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | Product Liability           ❏ 380 Other Personal | ❏ 720 Labor/Management | ❏ 862 Black Lung (923) | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal                Property Damage | Relations | ❏ 863 DIWC/DIWW (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | Injury                    ❏ 385 Property Damage | ❏ 740 Railway Labor Act | ❏ 864 SSID Title XVI | ❏ 893 Environmental Matters |
|  | ❏ 362 Personal Injury -            Product Liability | ❏ 751 Family and Medical | ❏ 865 RSI (405(g)) | ❏ 895 Freedom of Information |
|  | Medical Malpractice | Leave Act |  | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation |  | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights    **Habeas Corpus:** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 220 Foreclosure | ❏ 441 Voting               ❏ 463 Alien Detainee | Income Security Act | ❏ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment          ❏ 510 Motions to Vacate |  | or Defendant) | Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/                    Sentence |  | ❏ 871 IRS—Third Party | ❏ 950 Constitutionality of |
| ❏ 245 Tort Product Liability | Accommodations        ❏ 530 General |  | 26 USC 7609 | State Statutes |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - ❏ 535 Death Penalty | **IMMIGRATION** |  |  |
|  | Employment            **Other:** | ❏ 462 Naturalization Application |  |  |
|  | ❏ 446 Amer. w/Disabilities - ❏ 540 Mandamus & Other | ❏ 465 Other Immigration |  |  |
|  | Other                 ❏ 550 Civil Rights | Actions |  |  |
|  | ❏ 448 Education          ❏ 555 Prison Condition |  |  |  |
|  | ❏ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original Proceeding
❏ 2   Removed from State Court
❏ 3   Remanded from Appellate Court
❏ 4   Reinstated or Reopened
❏ 5   Transferred from Another District *(specify)*
❏ 6   Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692
Brief description of cause:
Unlawful Debt Collection Practices

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
DEMAND $  according to proof
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE
06/17/2014

SIGNATURE OF ATTORNEY OF RECORD
/s/ G. Thomas Martin, III

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____