# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable John A. Houston)

| | |
|---|---|
| BARBARA DE LA CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXETER FINANCE CORP.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:14-cv-1476-JAH<br><br>**ORDER FOR DISMISSAL** |

The Court, having considered the stipulation of dismissal entered by and between all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), finds that this action should be dismissed with prejudice. Each side to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  November 7, 2014

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　U.S. District Court Judge